# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FSP STALLION 1, LLC, a Nevada Limited liability company, et al., | |
| Plaintiff, | 2:08-CV-1155-PMP-RJJ |
| vs. | **ORDER** |
| MICHAEL F. LUCE, an individual, et al., | |
| Defendants. | |
| AND ALL RELATED COUNTERCLAIMS. | |

On September 30, 2010, he Honorable Peggy A. Leen, United States Magistrate Judge entered an Order (Doc. #394) granting Plaintiff's Motion to Compel (Doc. #351), denying Walters' Defendants Countermotion to Exclude (Doc.'s #354, #355), granting the Walters Defendants' Request for Leave to File a Supplement (Doc. #364), and directing that the parties would have until October 15, 2010 to meet and confer to schedule the depositions suspended while the foregoing discovery dispute was under submission, and to submit any proposal for completing discovery in this case.

On October 15, 2010, Plaintiffs' filed a Motion to Set Interim Status Conference (Doc. #399). On November 15, 2010, the Court conducted a Status Conference with counsel at which the Court considered the arguments of

1  counsel concerning the scheduling of this case for trial.  It became apparent from the
2  arguments of counsel that objections taken to the rulings of  Magistrate Judge Leen
3  in her Order of September 30, 2010, (Doc. #394) would have to be resolved to enable
4  the parties to move forward with remaining discovery and to permit the case to be
5  scheduled for trial.

6        The Court has now read and considered the fully briefed Walters
7  Defendants' Objections to the Order Granting Plaintiffs' Motion to Compel and
8  Denying the Countermotion to Exclude the DCS Documents (Doc. #395), the Luce
9  Parties' Objections to Magistrate Judge Leen's Order granting Plaintiffs' Motion to
10 Compel and Denying the Countermotion to Exclude the DCS Documents (Doc.
11 #396), and Defendant Direct Capital Securities, Inc.'s Objections to Magistrate
12 Judge's Order granting Plaintiffs' Motion to Compel and Denying Defendants'
13 Countermotion to Exclude the DSC Documents (Doc. #397).

14       The Court finds Magistrate Judge Leen's Findings and Order (Doc. #394)
15 are neither clearly erroneous nor contrary to law, and should be affirmed.

16       **IT IS THEREFORE ORDERED that** Defendants Objections (Doc.'s
17 #395, #396, #397) to Magistrate Judge Leen's Order (Doc. #394) are overruled, and
18 Magistrate Judge Leen's Order (Doc. #394) is hereby affirmed.

19       **IT IS FURTHER ORDERED that** the parties shall forthwith comply
20 with Magistrate Judge Leen's Order (Doc. #394) by meeting and conferring on or
21 before December 3, 2010 to schedule the depositions suspended while the discovery
22 dispute was under submission, and to submit any proposal for completing discovery
23 in this case.  Disputes regarding any further discovery in this case will be addressed
24 by Magistrate Judge Leen as she deems appropriate.
25 ///
26 ///

**IT IS FURTHER ORDERED that** this case is hereby set for trial **July 26, 2011, at 9:00 a.m.**, and Calendar Call is set for **July 20, 2011, at 9:00 a.m**.

**IT IS FURTHER ORDERED that** the parties shall file a joint pretrial order no later than **June 14, 2011**.

DATED:  November 18, 2010.

_____
PHILIP M. PRO
United States District Judge

3