UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FSP STALLION 1, et al.,

        Plaintiffs,

v.

MICHAEL F. LUCE, et al.,

        Defendants.

2:08-CV-01155-PMP-PAL

<u>ORDER</u>

        Defendants' Emergency Motion Under Circuit Rule 27-3 to Stay Enforcement of Order Granting Real Party in Interest-Plaintiffs' Motion to Compel (Doc. #411), Petition for Writ of Mandamus (Doc. #412), and Supplement (Doc. #413) erroneously were filed in this Court even though Defendants seek relief from the United States Court of Appeals for the Ninth Circuit, not this Court. The Court therefore will strike these documents, without prejudice to be filed with the Court of Appeals.

DATED: November 23, 2010

                                      _____
                                      PHILIP M. PRO
                                      United States District Judge