1  DANIEL R. MCNUTT
   Nevada Bar No. 7815
2  CARBAJAL & MCNUTT, LLP
   625 South Eighth Street
3  Las Vegas, Nevada 89101
   Telephone: (702) 384-1170
4  Facsimile: (702) 384-5529
   drm@cmlawnv.com
5
   Attorneys for Defendants
6  *Michael Luce, Joe R. Munsch, Fairway*
   *Signature Properties, LLC,*
7  *Evergreen Alliance Golf Limited, LP*
   *and Stallion Mountain LeaseCo, LLC*
8
                   UNITED STATES DISTRICT COURT
9                       DISTRICT OF NEVADA

10 | FSP STALLION 1, LLC, a Nevada limited        ) Case No.: 2:08-cv-01155-PMP-PAL
     liability company; FSP STALLION 2, LLC, a   )
11   Nevada limited liability company; FSP       )
     STALLION 3, LLC, a Nevada limited liability )
12   company; FSP STALLION 4, LLC, a Nevada      ) **SUBSTITUTION OF ATTORNEY**
     limited liability company; FSP STALLION 5,  )
13   LLC, a Nevada limited company; FSP          )
     STALLION 6, LLC, a Nevada limited liability )
14   company; FSP STALLION 7, LLC, a Nevada      )
     limited liability company; FSP STALLION 8,  )
15   LLC, a Nevada limited liability company, FSP)
     STALLION 9, LLC, a Nevada limited liability )
16   company; FSP STALLION 10, LLC, a Nevada     )
     limited liability company; FSP STALLION 11, )
17   LLC, a Nevada limited company; FSP          )
     STALLION 12, LLC, a Nevada limited liability)
18   company; FSP STALLION 13, LLC, a Nevada     )
     limited liability company; FSP STALLION 14, )
19   LLC, a Nevada limited liability company; FSP)
     STALLION 15, LLC, a Nevada limited liability)
20   company; FSP STALLION 16, LLC, a Nevada     )
     Limited liability company; FSP STALLION 17, )
21   LLC, a Nevada limited liability company; FSP)
     STALLION 18, LLC, a Nevada limited liability)
22   company; FSP STALLION 19, LLC, a Nevada     )
     limited liability company; FSP STALLION 20, )
23   LLC, a Nevada limited liability company; FSP)
     21 STALLION, LLC, a Nevada limited liability)
24   company; FSP STALLION 22, LLC, a limited    )
     liability company; FSP STALLION 23, LLC, a  )
25   limited liability company; FSP STALLION 24, )

1  LLC, a limited liability company, FSP
   STALLION 25, LLC, a Nevada limited liability
2  company, FSP STALLION 26, LLC, a Nevada
   limited liability company,
3
                    Plaintiffs,
4
   vs.
5
   MICHAEL E. LUCE, an individual; JOE R.
6  MUNSCH, an individual; WILLIAM T.
   WALTERS, an individual; FAIRWAY
7  SIGNATURE PROPERTIES, LLC, a Delaware
   limited liability company; GOLF CLUB OF
8  NEVADA, INC., a Nevada corporation;
   WALTERS GOLF a division of THE
9  WALTERS GROUP, a business entity, form
   unknown; LAS VEGAS PREFERRED TEE
10 TIMES, LLC, a Nevada limited liability
   corporation; EVERGREEN ALLIANCE GOLF
11 LIMITED, L.P., a Delaware limited partnership;
   STALLION MOUNTAIN LEASCO, LLC, a
12 Delaware limited liability corporation; DOES 1-
   50, INCLUSIVE; and ROE CORPORATIONS
13 51-100, inclusive,

14                 Defendants.

15 ─────────────────────────────
   AND ALL RELATED CLAIMS
16 ─────────────────────────────

17
                **SUBSTITUTION OF ATTORNEY**
18
   Defendants Michael Luce, Joe R. Munsch, Fairway Signature Properties, LLC,
19
   Evergreen Alliance Golf Limited, LP and Stallion Mountain LeaseCo, LLC, substitute
20
   Daniel R. McNutt, Esq. and the law firm of CARBAJAL & MCNUTT, LLP, whose address
21
   is 625 South Eighth Street, Las Vegas, Nevada 89101, telephone number (702) 384-1170, as
22
   attorney of record in place and stead of Kyle O. Larson, Esq. and the law firm of KYLE &
23
   STEPHENS, LLP.
24
   ///
25

2

1  DATED this ___ day of April, 2011.

2  I hereby consent to the above substitution.

4  _____
   Michael Luce

5  _____
   Joe R. Munsch

7  Fairway Signature Properties, LLC

8  By: _____
   Its: _Manager_

10 Evergreen Alliance Golf Limited, LP
   Premier Golf EAGL GP, LLC, its general partner
11 By: _____
   Its: _VP_

13 Stallion Mountain LeaseCo, LLC

14 By: _____
   Its: _Manager_

16 DATED this ___ day of April, 2011.

17 _____
   Kyle O. Stephens, Esq.

19 I am duly admitted to practice in the United States District Court, District of
20 Nevada. The above substitution is hereby accepted.

21 DATED this 25th day of April, 2011.

23 _____
   Daniel R. McNutt, Esq.

24 Retained: xx

3

APPROVED

DATED this __ 26th day of April, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

4