UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FSP STALLION 1, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL F. LUCE, et al., <br><br> Defendants. | 2:08-CV-01155-PMP-PAL <br><br> **ORDER** |

The Court having read and considered Defendant/Counterclaimant/Third-Party Plaintiffs Objections to Magistrate Judge Leen's Order Denying in Part Walters Parties' Motion to Conduct Limited Discovery (Doc. #440) filed April 28, 2011, and Plaintiff's Respose in Opposition thereto (Doc. #441) filed May 5, 2011, and finding that Magistrate Judge Leen's Order (Doc. #435) is neither clearly erroneous or contrary to law, and good cause appearing,

**IT IS ORDERED that** Defendant/Counterclaimant/Third-Party Plaintiffs Objections to Magistrate Judge Leen's Order Denying in Part Walters Parties' Motion to Conduct Limited Discovery (Doc. #440) are **OVERRULED** and the Order (Doc. #435) of Magistrate Judge Leen is hereby **AFFIRMED**.

DATED: May 19, 2011

_____
PHILIP M. PRO
United States District Judge