UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FSP STALLION 1, LLC, a Nevada Limited liability company, et al., | ) ) ) | 2:08-CV-01155-PMP-RJJ |
| | ) | |
| Plaintiffs, | ) ) | **ORDER** |
| | ) | |
| vs. | ) ) | |
| MICHAEL F. Luce, an individual, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) ) ) | |

On June 28, 2011, the Court conducted a status conference with counsel to address a variety of issues relating to pretrial deadlines and to set a trial date.

Having considered the representation of counsel, and having reviewed the Court's calendar, the following dates and deadlines are hereby set:

**1.** A hearing is hereby set for **Thursday, August 11, 2011**, at **9:00 A.M.**, on the following motions:

Defendants' Motion to Exclude (Doc. #458);

Defendants' Motion for Summary Judgment (Doc. #446);

Defendants' Motion for Summary Judgment (Doc. #447);

Defendants' Motion for Summary Judgment (Doc. #448);

Defendants' Motion for Summary Judgment (Doc. #449);

Defendants' Motion for Summary Judgment (Doc. #452);

Defendants' Motion for Summary Judgment (Doc. #453);

Defendants' Motion for Summary Judgment (Doc. #448);

Defendants' Motion for Summary Judgment (Doc. #458).

A total of three hours will be allocated for argument to be divided equally by moving Defendants and Plaintiffs.

**2.** The parties shall file a Joint Pretrial Order on or before **November 1, 2011**.

**3.** The case is hereby referred to Magistrate Judge Peggy A. Leen, for scheduling of  a Settlement Conference between **October 1** and **November 29, 2011**.

**4.** A Final Pretrial Conference will be conducted **Wednesday**, **November 30, 2011**, at **9:00 A.M**.

**5.** Trial will commence on **Monday**, **December 5, 2011**, at **9:00 A.M**.

**IT IS ORDERED**.

DATED:  June 29, 2011.

_____
PHILIP M. PRO
United States District Judge

2