**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FSP STALLION 1, LLC, *et al.*, ) | Case No. 2:08-CV-01155-PMP-PAL |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| MICHAEL LUCE, *et al.,* ) | |
| Defendants. ) | |
| AND ALL RELATED CLAIMS ) | |

Having read and considered Plaintiffs' Motion for Summary Judgment As To the Ninth Claim of Relief In the First Amended Complaint (Breach of Contract) Against Defendant Stallion Mountain LeaseCo, LLC (Doc. #448), Defendant Stallion Mountain LeaseCo, LLC's Opposition (Doc. #467) and Plaintiffs' Reply Memorandum (Doc. #482) and having further considered the arguments of counsel presented at the hearing conducted August 11, 2011, the Court finds Plaintiffs' Motion for Summary Judgment As To the Ninth Claim of Relief In the First Amended Complaint (Breach of Contract) Against Defendant Stallion Mountain LeaseCo, LLC (Doc. #448) should be granted.

Plaintiffs' Ninth Claim for Relief against Defendant Stallion Mountain LeaseCo, LLC ("LeaseCo") alleges a straight forward claim for breach of a written Master Lease Agreement dated February 28, 2006. It is undisputed that Plaintiffs and LeaseCo are parties to the Master Lease Agreement, and that since June 2007, LeaseCo has failed to pay the rent required under the Lease. The record clearly establishes that LeaseCo

breached the Master Lease Agreement, and LeaseCo has failed to demonstrate a genuine issue of material fact concerning causation of damages.  Plaintiffs' rejection of LeaseCo's proposal for a turf-reduction program violated no obligation under the Lease, and the turf-reduction program implemented by Plaintiffs occurred after LeaseCo's breach of the Master Lease Agreement.  Additionally, no genuine issues of material fact remains concerning the amount of damages to which Plaintiffs are entitled by virtue of LeaseCo's breach.  Plaintiffs' calculation of rent due in the amount of $3,258, 998.00 is consistent with pertinent provisions of the Master Lease Agreement.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Summary Judgment As To the Ninth Claim of Relief In the First Amended Complaint (Breach of Contract) Against Defendant Stallion Mountain LeaseCo, LLC (Doc. #448) is **GRANTED**, and that the Clerk of Court shall forthwith enter Judgment in favor of Plaintiffs, and against Defendants Stallion Mountain LeaseCo, LLC on Plaintiffs' Ninth Claim for Relief of Breach of Contract in the sum of $3,258,998.00.

DATED: August 15, 2011.

_____
PHILIP M. PRO
United States District Judge