**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FSP STALLION 1, LLC, *et al.*,  ) | Case No. 2:08-CV-01155-PMP-PAL |
| Plaintiffs,  ) | **ORDER** |
| v.  ) | |
| MICHAEL LUCE, *et al.*,  ) | |
| Defendants.  ) | |
| AND ALL RELATED CLAIMS  ) | |

Having read and considered the fully briefed Motion of William T. Walters and Golf Club of Nevada, Inc. to Exclude the Testimony and Opinions of William R. Ackerman (Doc. #458) and to Strike the Supplemental Declarations of William R. Ackerman (Doc. #473), and good cause appearing,

**IT IS THEREFORE ORDERED** that Defendants' Motion to Strike the Supplemental Declaration of William R. Ackerman (Doc. #473) is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion of William T. Walters and Golf Club of Nevada, Inc. to Exclude the Testimony and Opinions of William R. Ackerman (Doc. #458), are **DENIED** without prejudice to renew at the time of trial, and outside the presence of the jury, before Ackerman is called to testify on behalf of Plaintiffs.

DATED: August 15, 2011.

_____
PHILIP M. PRO
United States District Judge