1

2

3

4                           **UNITED STATES DISTRICT COURT**

5                                 **DISTRICT OF NEVADA**

6
                                          * * *
7

8    FSP STALLION 1, LLC, *et al.*,            )   Case No. 2:08-CV-01155-PMP-PAL
                                              )
9                         Plaintiffs,          )            **ORDER**
     v.                                        )
10                                             )
     MICHAEL LUCE, *et al.,*                   )
11                                             )
                          Defendants.          )
12   _____     )
                                               )
13   AND ALL RELATED CLAIMS                     )
                                               )
14   _____

15          The Court's Order (Doc. #70) entered May 1, 2009, denying Defendants' Motion

16   to Dismiss Plaintiff's Complaint (Doc. #47) adequately sets for the background of this

17   action.  On August 19, 2009, Plaintiffs filed an Amended Complaint (Doc. #320).

18   Thereafter, the Parties engaged in extensive discovery.  On May 17, 2011, the Court

19   approved the stipulation of the Parties Dismissing Certain of the Parties' Claims and

20   Counterclaims (Doc. #444).

21          Currently before the Court are Defendant William T. Walters' and Golf Club of

22   Nevada, Inc.'s Motion for Summary Judgment (Docs. #449/455); Defendants Michael E.

23   Luce, Joe R. Munsch, Fairway Signature Properties, LLC, Evergreen Alliance Golf

24   Limited, L.P., and Stallion Mountain LeaseCo, LLC's Motion for Summary Judgment

25   (Doc. #447); Defendants Clay Womack, TIC Capital Markets, Inc., and Direct Capital

26   Securities, Inc.'s Motion for Summary Judgment (Doc. #453); and Defendant Alliance

27   Golf Limited, LP, and Stallion Mountain LeaseCo, LLC's Motion for Summary Judgment

28   on Plaintiffs' Claim for Breach of Fiduciary Duty (Doc. #452).

1   Having considered the voluminous briefing of the Parties, and the arguments

2   presented at the hearing of August 11, 2011, the Court finds that there remain genuine

3   issues of material fact and witness credibility issues which warrant denial of the foregoing

4   Motions for Summary Judgment as to most of the claims remaining before the Court, and

5   now set for trial scheduled to commence December 5, 2011.

6   Specifically, the recent decision of the United States Supreme Court in <u>Janus</u>

7   <u>Capital Group, Inc. v. First Derivative Traders</u>, 131 Supreme Court 2296 (2011) supports

8   summary judgment in favor Defendants Clay Womack, TIC Capital Markets, Inc. and

9   Direct Capital Securities, Inc. as to Plaintiffs' First and Second Claims for Relief for

10   Federal Securities Fraud.   Additionally, the Court finds Plaintiffs have failed to adduce

11   evidence giving rise to a genuine issue of material fact whether Defendant Evergreen

12   Alliance Golf Limited, L.P. owed a fiduciary duty to Plaintiffs sufficient to support

13   Plaintiffs' Eighth Claim for Relief.  As to all remaining Claims, however, the Court finds

14   genuine issues of material fact grounded in part on credibility determinations to be made

15   by the trier of fact require denial of the Summary Judgment Motions now before the

16   Court.

17   **IT IS THEREFORE ORDERED** that Defendant Evergreen Alliance Golf

18   Limited, L.P.'s ("EAGL") Motion for Summary Judgment on Plaintiffs' Eighth Claim for

19   Breach of Fiduciary Duty (Doc. #478) is **GRANTED** as to that Defendant only.

20   **IT IS FURTHER ORDERED** that the Motion of Defendants Clay Womack, TIC

21   Capital Markets, Inc. and Direct Capital Securities, Inc. for Summary Judgment (Doc.

22   #453) is **GRANTED** only as to Plaintiffs' First and Second Claims for Federal Securities

23   Fraud.

24   **IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment

25   (Docs. #449/455, #447, #453, and #452) are **DENIED** in all other respects.

26   DATED: August 16, 2011.

27

28

PHILIP M. PRO
United States District Judge