# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FSP STALLION 1, LLC, *et al.*, | 2:08-CV-01155-PMP-PAL |
| Plaintiffs, | |
| v. | **ORDER** |
| MICHAEL LUCE, *et al.*, | |
| Defendants. | |
| AND ALL RELATED CLAIMS | |

    A review of the Minutes (Doc. #653) of the hearing conducted December 28, 2011 regarding multiple motions in limine shows that the Court took under submission Defendants' Motion in Limine #4 (Doc. #511) to limit the scope of Plaintiffs' fraud claims to the allegations is the First Amended Complaint (Doc. #511).  Having had the opportunity to further review Defendants' Motion and Plaintiffs' Opposition thereto (Doc. #580), in light of the arguments presented at the hearing of December 28, 2011, and good cause appearing,

    **IT IS ORDERED** that Defendants' Motion in Limine #4 (Doc. #511) is **DENIED**.

DATED: January 3, 2012.

_____
PHILIP M. PRO
United States District Judge