## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FSP Stallion 1, LLC, et al.<br><br>  Plaintiff,<br><br>vs.<br><br>Michael F. Luce, et al.<br><br>  Defendant. | District No.   2:08-CV-1155-PMP-PAL |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On January 10th, 2012 this court received a transcript order form dated January 10th, 2012 requesting a Transcript of the Jury Trial Day 1 held on January 10th, 2012 from Ms. Sarah Harmon Counsel for the Defendant William T. Walters, in which **the Voir Dire portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defendant Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this ___11___ day of January, 2012.

Philip M. Pro
United States Judge