1

2

3

4               **UNITED STATES DISTRICT COURT**

5                      **DISTRICT OF NEVADA**

6
FSP STALLION 1, LLC, *et al.*,                    )
7                                                 )
                              Plaintiffs,         )        Case No. 2:08-cv-01155-PMP-PAL
8                                                 )
vs.                                               )              **ORDER**
9                                                 )
MICHAEL LUCE, *et al.*,                           )         (Motion to Seal - Dkt. #708)
10                                                )
                              Defendants.         )
11  _____        )

12          Before the court is Plaintiff's Application for Their Motion to Enforce Settlement Agreement to

13  Remain Under Seal (Dkt. #708).  The court has reviewed the motion and finds that it should be granted.

14  As such,

15          **IT IS ORDERED** that Plaintiff's Application (Dkt. #708) is **GRANTED**.

16          Dated this 16th day of April, 2012.

17

18          _____
            Peggy A. Leen
19          United States Magistrate Judge

20

21

22

23

24

25

26

27

28