1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 FSP STALLION 1, LLC, *et al.*,                    )
                                                   )
8                          Plaintiffs,             )        Case No. 2:08-cv-01155-PMP-PAL
                                                   )
9 vs.                                              )                  **ORDER**
                                                   )
10 MICHAEL LUCE, *et al.*,                          )        (Motion to Seal - Dkt. #708)
                                                   )
11                          Defendants.            )
   _____        )

12         Before the court is Plaintiff's Application for Their Motion to Enforce Settlement Agreement to

13 Remain Under Seal (Dkt. #708).  The court has reviewed the motion and finds that it should be granted.

14 As such,

15         **IT IS ORDERED** that Plaintiff's Application (Dkt. #708) is **GRANTED**.

16         Dated this 16th day of April, 2012.

17

18                                                 _____

19                                                 Peggy A. Leen
                                                   United States Magistrate Judge
20

21

22

23

24

25

26

27

28