# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FSP STALLION 1, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:08-cv-01155-PMP-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL LUCE, *et al.*, | ) | (Motion to Seal - Dkt. #716) |
| | ) | |
| Defendants. | ) | |

Before the court is Defendants' Motion to File Under Seal Their Consolidated Response to Plaintiffs' Motion to Enforce Settlement Agreement; and Reply in Support of Defendants' Motion to Enforce Settlement Agreements and Dismiss All Claims with Prejudice and Appendix of Exhibits Thereto (Dkt. #716). The court has reviewed the motion and finds that it should be granted. As such,

**IT IS ORDERED** that Defendants' Motion to File Under Seal Their Consolidated Response to Plaintiffs' Motion to Enforce Settlement Agreement; and Reply in Support of Defendants' Motion to Enforce Settlement Agreements and Dismiss All Claims with Prejudice and Appendix of Exhibits Thereto (Dkt. #716) is **GRANTED**.

Dated this 26th day of April, 2012.

_____
Peggy A. Leen
United States Magistrate Judge