UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FSP STALLION 1, LLC, et al., ) | | |
| ) | | |
| Plaintiffs, ) | Case No. 2:08-cv-01155-PMP-PAL | |
| ) | | |
| vs. ) | **MINUTES OF** | |
| ) | **SETTLEMENT CONFERENCE** | |
| MICHAEL F. LUCE, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |
| FEDERAL DEPOSIT INSURANCE ) | | |
| CORPORATION, ) | | |
| ) | | |
| Plaintiff, ) | Case No. 2:09-cv-01691-PMP-PAL | |
| ) | | |
| vs. ) | | |
| ) | | |
| ELAINE FRIEDMAN, et al., ) | Dated: June 6, 2012. | |
| ) | | |
| Defendants. ) | | |
| ) | | |

PRESENT:  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

JUDICIAL ASSISTANT: Teresa K. Hoskin     RECORDER/TAPE #   None

COUNSEL FOR PLAINTIFF FSP STALLION ENTITIES: Chris Wong, Katherine Hernandez

COUNSEL FOR PLAINTIFF FDIC:   Jeff Sylvestri, Andy Gordon

COUNSEL FOR DEFENDANTS JOE MUNSCH and MICHAEL F. LUCE:   Daniel McNutt

COUNSEL FOR DEFENDANT WILLIAM WALTERS:   Dennis Kennedy, Sarah Harmon

INDIVIDUAL PRESENT ON BEHALF OF FSP STALLION:   Janet Shanta, John Shanta, Howard Grubb, Carl Gillette, Martha Gillette, Debra Murphy, Naomi Zahavi, Charles Betz, Kaleb Klein

INDIVIDUALS PRESENT ON BEHALF OF PLAINTIFF FDIC: Verne Rudebusch, Stephen Pruss, Edward Mertic

INDIVIDUAL DEFENDANTS PRESENT: Joe Munsch, William Walters, Michael Luce

      The court conducted a settlement conference commencing at 9:40 a.m., and concluding at 4:30 p.m.

      **IT IS ORDERED** that the settlement conference in this matter is **CONTINUED** to **July 12, 2012**, at **9:30 a.m.**, to commence in **Courtroom 3B**. All members of the FSP Stallion Entities shall appear in person, or provide written authorization for a representative to act on their behalf.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE